NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants-Appellants,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.,**
*Defendants-Appellants.*

---

2011-1191, -1192, -1193, -1194, 2012-1069, -1070, -1071, -1072

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

**ON MOTION**

---

**ORDER**

Delta Electronics, Inc. et al. move without opposition to withdraw Alan D. Smith as principal counsel, and to substitute Andrew J. Pincus as principal counsel. Lineage et al. move without opposition to withdraw Eric Benisek as principal counsel and to substitute Andrew J. Pincus as principal counsel. SynQor, Inc. moves for an order of this court directing the appellants to file their initial briefs within 14 days and for expedited consideration. The appellants oppose. SynQor replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for substitution of counsel are granted.

(2) SynQor's motion to set the briefing schedule is granted to the extent that the appellants' initial briefs are due within 30 days from the date of filing of this order.

FOR THE COURT

FEB 0 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 3 2012

JAN HORBALY
CLERK

cc:  Donald R. Dunner, Esq.
     Constantine L. Trela, Jr., Esq.
     Gary M. Hnath, Esq.
     Alan D. Smith, Esq.
     Eric W. Benisek, Esq.
     William F. Lee, Esq.
     Andrew J. Pincus, Esq.

s19